IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **OSTROFF INJURY LAW PC,** : | | CIVIL ACTION |
| *Plaintiff,* : | | |
| : | | |
| **v.** : | | |
| : | | |
| **UNITED STATES OF AMERICA,** : | | |
| *Defendant.* : | | NO. 24-cv-4097 |

# O R D E R

**AND NOW,** this 13th day of June 2025, it having been reported that the issues between the parties in the above action have been settled (counsel email attached as Exhibit A) and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to the agreement of counsel without costs.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**

Civ. 2 41.1(b) (3/18)

# EXHIBIT A

| | |
|---|---|
| **From:** | Nathaniel Pollock |
| **To:** | Chambers of Judge Chad F Kenney |
| **Cc:** | beatriz.t.saiz_usdoj.gov; Paul Harold; Glen E. Frost |
| **Subject:** | 24-cv-04097 OSTROFF INJURY LAW PC v. UNITED STATES OF AMERICA |
| **Date:** | Friday, May 30, 2025 10:57:48 AM |

**CAUTION - EXTERNAL:**

Good morning Judge Kenney and Ms. MacElderry,

In response to Ms. MacElderry's instructions to counsel for both parties, this email is to inform the Court that the parties in this case have reached a settlement agreement disposing of all plaintiff's claims. In view of that fact, counsel for each party respectfully requests that the in-person status conference set for June 3, 2025, be cancelled and that all further deadlines in the case be continued. Plaintiff, through the undersigned counsel, respectfully requests that the case be maintained in this Court until the settlement has been paid. Please let us know if any further information from the parties is needed and what, if any, further steps the parties should take.

Sincerely,

**Nathaniel S. Pollock**
C. 301-395-0924
O. 202-391-0853
F. 574-968-0761
npollock@southbank.legal

**SouthBank Legal**
700 12th Street, NW
Suite 700
Washington, DC 20005
www.southbank.legal

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.